*Lucius Echeles* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 166. KAPATOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frank A. Lopez* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 167. SCHERER & SONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Joseph A. Perkins* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 171. MURPHY ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Moses L. Kove* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 173. ROBERTS ET AL. *v.* UNITED STATES; and

No. 192. UNITED STATES *v.* SANDRA & DENNIS FISHING CORP. ET AL. C. A. 1st Cir. Certiorari denied. *Harry Kisloff* for petitioners in No. 173. *Solicitor General Marshall, Acting Assistant Attorney General Eardley, Morton Hollander* and *Richard S. Salzman* for the United States in both cases. *Robert J. Hallisey* for Sandra & Dennis Fishing Corp. (P & I Insurer), and *Mr. Kisloff* for individual respondents in No. 192. Reported below: 372 F. 2d 189.

No. 183. ROY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *Richard B. Buhrman* for the United States.

No. 188. PAN CARGO SHIPPING CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Nicholas J.*

*Healy* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Eardley* and *Morton Hollander* for the United States. █

No. 194. LOCAL UNION No. 12, UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 212. LOCAL 1367, INTERNATIONAL LONGSHORE-MEN'S ASSOCIATION, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Clarence F. Rhea* for petitioner in No. 194. *Warner F. Brock* and *Arthur Mandell* for petitioners in No. 212. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board in both cases, and *Robert L. Carter* and *Barbara A. Morris* for respondents Business League of Gadsden et al., in No. 194. Reported below: No. 194, 368 F. 2d 12; No. 212, 368 F. 2d 1010.

No. 195. BIRNBAUM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Ben Herzberg* and *David W. Peck* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States. █

No. 198. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Thaddeus D. Williams* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States. █

No. 200. BLUE CAB CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Charles L. Bucy* and *Paul Levenfeld* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. *Sheldon M. Charone* for Local 782, International Brotherhood of